**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1663**

LORENZO JUAREZ-SANCHEZ, a/k/a Lorenzo Juarez Sanchez,

                Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  December 13, 2013          Decided:  January 14, 2014

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Anser Ahmad, ADVANCED IMMIGRATION LAW GROUP, Harrisburg, Pennsylvania, for Petitioner. Stuart F. Delery, Assistant Attorney General, Jesi J. Carlson, Senior Litigation Counsel, Daniel B. Mullen, Law Clerk, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Juarez-Sanchez, a native and citizen of Mexico, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to remand and affirming the Immigration Judge's decision denying relief from removal. Juarez-Sanchez asserts that the agency erred in denying his application for cancellation of removal and that the Board abused its discretion in denying his motion to remand. We have reviewed the administrative record and Juarez-Sanchez's claims and conclude that they are without merit. We accordingly deny the petition for review for the reasons stated by the Board. See In re: Juarez-Sanchez, (B.I.A. Apr. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2